# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARGARET OVERBEEK, and JACOB GUIMOND, on behalf of themselves and a class, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. |
| AANIIIH NAKODA FINANCE, LLC dba Bright Lending; BORROWWORKS, LLC; BWDS, LLC; BENJAMIN E. GATZKE; and TRUEACCORD CORP., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant TrueAccord Corp. ("TrueAccord"), by and through its undersigned counsel, and with the consent of Defendants Aaniih Nakoda Finance, LLC, doing business as Bright Lending ("Aaniih Nakoda Finance"); BorrowWorks, LLC ("BorrowWorks"); BWDS, LLC ("BWDS"); and Benjamin E. Gatzke ("Gatzke"), hereby files this Notice of Removal for the above-captioned case to this Court, and in support of which states as follows:

1. On January 31, 2022, TrueAccord, Aaniih Nakoda Finance, BorrowWorks, BWDS and Gatzke (collectively, "Defendants") were named as defendants in Civil Action No. 2022CH00827 filed in the Circuit Court of Cook County, Illinois, styled as *Margaret Overbeek v. Aaniih Nakoda Finance, LLC et al.* (the "State Court Action").

2. TrueAccord was formally served with the Summons and Petition in the State Court Action on February 8, 2022. This removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

1

3. On or about February 22, 2022, an Amended Complaint was filed in the State Court Action, adding an additional plaintiff: Jacob Guimond (Margaret Overbeek and Jacob Guimond shall collectively be referred to herein as "Plaintiffs").

4. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon TrueAccord in the State Court Action are attached hereto as **Exhibit A** and **Exhibit B**.

5. In the State Court Action, Plaintiffs allege that TrueAccord violated a federal statute, the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

6. Any civil action is removable if the plaintiff could have originally brought the action in federal court. *See* 28 U.S.C. § 1441(a).

7. Under 28 U.S.C. § 1331, this Court has original federal question jurisdiction over Plaintiff's FDCPA claims.[1]

8. Accordingly, pursuant to 28 U.S.C. § 1441(a), Defendants have the right to remove the State Court Action to this Court, without regard to the citizenship or residency of the parties or the amount in controversy.

9. By this Notice of Removal, Defendants do not waive any defense which they may possess to the claims alleged. Defendants also do not concede that Plaintiffs have stated claims against them.

10. By consenting to this removal Defendant Aaniih Nakoda Finance does not waive, and instead expressly preserves, its sovereign immunity as an instrumentality of the Fort Belknap Indian Community or and does not and cannot waive, and instead expressly

---

[1] Supplemental jurisdiction exists for the state law claims brought against Aaniiih Nakoda Finance, BorrowWorks, BWDS and Gatzke pursuant to 28 U.S.C. § 1367.

preserves, the sovereign immunity of the Fort Belknap Indian Community and/or any officer, employee, agent or instrumentality of the Fort Belknap Indian Community.

WHEREFORE, in accordance with the authorities set forth above, Defendant TrueAccord Corp., with the consent of Defendants Aaniih Nakoda Finance, LLC; BorrowWorks, LLC; BWDS, LLC; and Benjamin E. Gatzke hereby removes this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

| | |
|---|---|
| Dated: March 9, 2022 | */s/ Nicole M. Strickler*<br>Nicole M. Strickler (IL 6298459)<br>Messer Strickler Burnette, Ltd.<br>142 W. Station St.<br>Barrington, IL 60010<br>312-334-3442 (direct)<br>312-334-3473 (fax)<br>nstrickler@messerstrickler.com<br><br>***Attorney for TrueAccord Corp.*** |

WITH THE EXPRESS CONSENT OF:

| **AANIIIH NAKODA FINANCE, LLC**<br>**dba Bright Lending** | **BORROWWORKS, LLC** |
|---|---|
| */s/ Paul Ferak* (with permission)<br>By: Paul Ferak<br>Its: Attorney | */s/ Robert E. Browne* (with permission)<br>By: Robert E. Browne<br>Its: Attorney |
| **BWDS, LLC** | **BENJAMIN E. GATZKE** |
| *s/ Robert E. Brown* (with permission)<br>By: Robert E. Browne<br>Its: Attorney | *s/ Robert E. Browne* (with permission)<br>By: Robert E. Browne<br>Its: Attorney |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March 2022, a true and accurate copy of the foregoing was filed with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record. I further certify that on this date, a true and accurate copy of the foregoing was emailed and mailed to Plaintiffs' attorneys:

>Daniel A. Edelman
>Tara L. Goodwin
>Matthew J. Goldstein
>Edelman, Combs, Latturner & Goodwin, LLC
>20 South Clark Street, Ste. 1500
>Chicago, IL 60603-1824
>courtecl@edcombs.com

>/s/ Nicole M. Strickler
>Nicole M. Strickler (IL 6298459)
>Messer Strickler Burnette, Ltd.
>142 W. Station St.
>Barrington, IL 60010
>312-334-3442 (direct)
>312-334-3473 (fax)
>nstrickler@messerstrickler.com
>
>**Attorney for TrueAccord Corp.**