# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Margaret Overbeek, et al.
                                          Plaintiff,

v.                                                        Case No.: 1:22–cv–01269
                                                         Honorable Ronald A. Guzman

Aaniih Nakoda Finance, LLC, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 15, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the notice of voluntary dismissal, Margaret Overbeek and Jacob Guimond's claims against Defendants Aaniiih Nakoda Finance, LLC, BorrowWorks, LLC, BWDS, LLC, Benjamin E. Gatzke, and TrueAccord Corp. are dismissed with prejudice, with each party to bear their own costs. The claims against the unserved John Doe defendants are dismissed without prejudice. The claims of the putative class members are dismissed without prejudice and without costs. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.